Stephen C. Seto, SBN 175458
Bruce A. McIntosh, SBN 175607
**BERGQUIST WOOD McINTOSH SETO LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone:   (925) 938-6100
Facsimile:   (925) 938-4354

Attorneys for Defendant
VII PAC SHORES INVESTORS, LLC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GREEN SOLUTIONS, LLC, a California Limited Liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VII PAC SHORES INVESTORS, LLC, a Delaware limited liability company; and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | No.  CV12-05613 PSG<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DAMAGES** |

　　　Subject to approval by the court, the parties hereby stipulate to an extension of the time within which Defendant must respond to Plaintiffs' Complaint for Damages from November 29, 2012, to and including December 28, 2012, or to such other date that the court may order.

　　　Plaintiffs effected service of the complaint on Defendant on November 8, 2012.

　　　Defendant has obtained no prior extensions of the time within which to file Defendant's responsive pleading.

　　　The proposed extension does not interfere with or change any other scheduled dates.

///

///

///

///

-1-

**STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**

Good cause exists for granting this extension, as follows: Defendant has just recently retained counsel who needs time to review and assess the complaint and to prepare an appropriate response.

Dated: November 28, 2012         **BERGQUIST WOOD McINTOSH SETO** LLP

/s/ *Bruce A. McIntosh*
BRUCE A. McINTOSH
Attorneys for Defendant

Dated: November 28, 2012         **THE VENARDI ZURADA LLP**

/s/ *Martin Zurada*
MARTIN ZURADA
Attorneys for Plaintiff

**IT IS SO ORDERED:**

Dated: November 29, 2012

UNITED STATES DISTRICT COURT JUDGE

-2-

**STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**