Stephen C. Seto, SBN 175458
Bruce A. McIntosh, SBN 175607
**BERGQUIST WOOD McINTOSH SETO LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354

Attorneys for Defendant
VII PAC SHORES INVESTORS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GREEN SOLUTIONS, LLC, a California limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>VII PAC SHORES INVESTORS, LLC, a Delaware limited liability company; and DOES 1 to 20, inclusive,<br><br>　　　　　　　　Defendants. | No. CV12-05613 **RMW**<br><br>**ORDER GRANTING AMENDED STIPULATION FOR REQUEST FOR ORDER CHANGING TIME RE: MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**<br><br>Judge:　　Hon. Ronald M. Whyte<br>Trial Date: January 21, 2014 |

　　Having considered the parties' Stipulated Request for Order Changing Time, and for good cause shown, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

　　1.　Plaintiff shall file its opposition to the Defendant's Motion for Leave to File Third-Party Complaint by August 30, 2013;

　　2.　Defendant may file its reply to Plaintiff's opposition by September 8. 2013; and

　　3.　The Motion for Leave shall be heard on September 35, 2013 at 9:00 a.m. in Courtroom 6.

Dated: _____

_____
United States District Court Judge