Stephen C. Seto, SBN 175458
Bruce A. McIntosh, SBN 175607
**BERGQUIST WOOD McINTOSH SETO** LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354

Attorneys for Defendant
VII PAC SHORES INVESTORS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GREEN SOLUTIONS, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VII PAC SHORES INVESTORS, LLC, a Delaware limited liability company; and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | No. CV12-05613 **RMW**<br><br>**ORDER GRANTING STIPULATION FOR ORDER EXTENDING DISCOVERY CUTOFF**<br><br>Judge:　　　Hon. Ronald M. Whyte<br>Trial Date:　January 21, 2014 |

Having considered the parties' Stipulated Request for Order Extending Discovery Cutoff, and for good cause shown, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Discovery cutoff is extended to November 15, 2013;

2. The last day to hear dispositive motions is set for December 42, 2013 at 9:00 a.m.

Dated:  _____

_Ronald M. Whyte_
United States District Court Judge

-1-
ORDER GRANTING STIPULATION FOR REQUEST FOR ORDER