Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California  94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
UNIVERSAL GREEN SOLUTIONS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GREEN SOLUTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VII PAC SHORES INVESTORS, LLC, a Delaware limited liability company: and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:   CV12-05613-RMW<br><br>[~~PROPOSED~~] ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT HEARING ON DEFENDANT'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT<br><br>Date:           September 13, 2013<br>Time:          10:00 a.m.<br>Courtroom:  4<br><br>Complaint Filed:   November 1, 2012 |

Pursuant to Civil Local Rule 16-10(a), Plaintiff Universal Green Solutions, LLC respectfully requests to participate, through their counsel Mark Venardi and Martin Zurada, at the hearing on Defendant's Motion for Leave to File a Third Party Complaint set for September 13, 2013 at 9:00 a.m. by telephone. Both Mr. Venardi and Mr. Zurada will be available by direct land line number 925-937-3903.

- 1 -

[~~Proposed~~] Order Allowing Plt's Counsel to
Appear by Telephone at Hearing on Mtn to File 3rd Pty Complaint

CASE NO.CV12-05613-RMW

1  Dated: September 9, 2013              VENARDI ZURADA

2                                        _____/s/ *Martin Zurada*_____
3                                        Martin Zurada
                                         VENARDI ZURADA LLP
4                                        Attorneys for Plaintiff

5

6

7  **IT IS SO ORDERED.**

8

9  Dated: ____9/12/13____                 *Ronald M. Whyte* (signature)

10                                        HON. RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE
11

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

- 2 -

[Proposed] Order Allowing Plt's Counsel to
Appear by Telephone at Hearing on Mtn to File 3rd Pty Complaint

CASE NO. CV12-05613-RMW