Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
UNIVERSAL GREEN SOLUTIONS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNIVERSAL GREEN SOLUTIONS, LLC, a California limited liability company,

Plaintiff,

vs.

VII PAC SHORES INVESTORS, LLC, a Delaware limited liability company: and DOES 1-20, inclusive,

Defendants.

Case No.: CV12-05613-RMW

AMENDED[PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT HEARING ON PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT

Date: February 21, 2014
Time: 9:00 a.m.
Courtroom: 6
Hon. Ronald M. Whyte

Complaint Filed: November 1, 2012

Trial Date: June 6, 2014

Pursuant to Civil Local Rule 16-10(a), Plaintiff Universal Green Solutions, LLC respectfully requests to participate, through their counsel Mark Venardi and Martin Zurada, at the hearing on Defendant's Motion for Leave to File a Third Party Complaint set for February 21, 2014 at 9:00 a.m. by telephone. Both Mr. Venardi and Mr. Zurada will be available by direct land line number 925-937-3902.

1
2  Dated: February 21, 2014                    VENARDI ZURADA
3
4                                              /s/ *Martin Zurada*
                                               Martin Zurada
5                                              VENARDI ZURADA LLP
                                               Attorneys for Plaintiff
6
7
8  **IT IS SO ORDERED.**
9
10 Dated: ~~GEOGEBFI~~
11                                             HON. RONALD M. WHYTE
                                               UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

- 2 -

[Proposed] Order Allowing Plt's Counsel to
Appear by Telephone at Hearing on Mtn to File 3rd Pty Complaint

CASE NO. CV12-05613-RMW