UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GREEN SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VII PAC SHORES INVESTORS, LLC,<br><br>Defendants. | Case No. C-12-05613-RMW<br><br>**ORDER GRANTING STIPULATION TO BIFURCATE TRIAL**<br><br>[Re: Docket Nos. 68, 75] |
| VII PAC SHORES INVESTORS, LLC,<br><br>Cross-Complainant,<br><br>v.<br><br>CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.,<br><br>Cross-Defendants. | |

The court accepts the stipulation of all three parties to bifurcate trial and sever Pac Shores' third party complaint against Cushman & Wakefield. Therefore, in accordance with UGS's joinder to the stipulation to bifurcate trial, *see* Dkt. No. 75, the court enters the following stipulated order as proposed by the parties.

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated thereto,

IT IS HEREBY ORDERED as follows:

1. UGS' objection to the Stipulation to Sever Trial on Third-Party Complaint [ECF No. 68] is hereby withdrawn;

2. The third-party action is hereby severed from the underlying action, and the trial is bifurcated into two phases, to occur in the following order: (1) trial of Universal's Complaint against Pac Shores; and (2) a bench trial of Pac Shores' Third-Party Complaint against Cushman & Wakefield.

3. A Status Conference for the third-party action shall be held thirty days after the trial of the underlying action.

4. The deadlines for Pac Shores and Cushman & Wakefield to serve and file their respective trial documents in the third-party action are hereby vacated.

5. All pending expert and non-expert discovery in the third party action is hereby stayed until after the Status Conference in the third-party action.

6. The parties shall comply with this Stipulation with respect to producing Mr. Moyer for trial testimony.

Dated: May 23, 2014

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER BIFURCATING TRIAL
Case No. C-12-05613-RMW
RDS
- 2 -