1
2
3
4
5
6
7
8
9
10

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GREEN SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VII PAC SHORES INVESTORS, LLC,<br><br>    Defendants. | Case No. C-12-05613-RMW<br><br>**ORDER FOR OBJECTIONS TO JURY INSTRUCTIONS**<br><br>**[Re: Docket Nos. 103, 106, 120]** |
| VII PAC SHORES INVESTORS, LLC,<br><br>    Cross-Complainant,<br><br>v.<br><br>CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.,<br><br>    Cross-Defendants. | |

   To the extent a party disputes a jury instruction proposed by the other party, the court would like a concise paragraph explaining the reason for the objection. The parties are ordered to jointly file a document containing these brief objection statements no later than 12:00 p.m. on Tuesday, June 3, 2014. The statements shall be arranged to follow the order of the jury instructions that were

1   jointly submitted to the court pursuant to the court's Standing Order. The court must also be

2   informed of any formerly disputed jury instructions that are no longer in dispute, if any.

3

4

5   Dated: May 30, 2014



6   RONALD M. WHYTE
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California